# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **DONNIE E. WUBKER** | **CIVIL ACTION NO. 04-757-P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **CITY OF BOSSIER CITY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights claims regarding the conditions of his confinement are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e), that Plaintiff's civil rights claims regarding his conviction are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §1915(e) until such time as the Heck conditions are met and that Plaintiff's request for habeas relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 27th day of February, 2006.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE